DANIEL J. HYNES, Appellant, *v.* LA GERARDINE, INC.,
Respondent.

(Argued November 21, 1934; decided December 7, 1934.)

*Jay Leo Rothschild, Louis Rivkin* and *Samuel G. Coler*
for appellant.

*James I. Cuff* and *James I. McGuire* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN,
HUBBS, CROUCH and LOUGHRAN, JJ.